**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE CHESAPEAKE ENERGY SHAREHOLDER DERIVATIVE LITIGATION | ) ) Case No.  5:11-cv-985-M ) ) Relating to: ) ALL ACTIONS |
| DEBORAH G. MALLOW IRA SEP INVESTMENT PLAN, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON L. NICKLES, and LOU SIMPSON,<br><br>Defendants,<br><br>and<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation,<br><br>Nominal Defendant. | ) ) Case No. 5:12-cv-436-M |
| CHRISTOPHER SNYDER, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>AUBREY K. MCCLENDON, RICHARD | ) Case No. 5:12-cv-437-M |

[Caption continues on next page]

| | |
|---|---|
| K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON L. NICKLES, and LOU SIMPSON,<br><br>            Defendants,<br><br>and<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation,<br><br>            Nominal Defendant. | |
| DOLEZAL FAMILY LIMITED PARTNERSHIP, Derivatively on Behalf of Nominal Defendant CHESAPEAKE ENERGY CORP.,<br><br>            Plaintiff,<br><br>v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON L. NICKLES, and LOUIS SIMPSON,<br><br>            Defendants,<br><br>and<br><br>CHESAPEAKE ENERGY CORP.,<br><br>            Nominal Defendant. | Case No. 5:12-cv-477-M |
| BRIAN F. LEONARD, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>            Plaintiff,<br><br>v. | Case No. 5:12-cv-479-M |

[Caption continues on next page]

| | |
|---|---|
| AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON L. NICKLES, and LOUIS SIMPSON, )))))))) | |
| Defendants, ) | |
| and ) | |
| CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation, )) | |
| Nominal Defendant. ) | |
| JACOB SHOCHAT, Derivatively and on Behalf of CHESAPEAKE ENERGY CORPORATION, ))) | Case No. 5:12-cv-488-M |
| Plaintiff, ) | |
| v. ) | |
| AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON L. NICKLES, and LOUIS A. SIMPSON, )))))))) | |
| Defendants, ) | |
| and ) | |
| CHESAPEAKE ENERGY CORPORATION, ) | |
| Nominal Defendant. ) | |

[Caption continues on next page]

| | |
|---|---|
| THE DAVID A. KROLL, INC. EMPLOYEES' PROFIT-SHARING PLAN AND TRUST, derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>      Plaintiff,<br><br>   v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, V. BURNS HARGIS, FRANK A. KEATING, BREENE M. KERR, CHARLES T. MAXWELL, DON L. NICKLES, FREDERICK B. WHITTEMORE, MARCUS C. ROWLAND, MICHAEL A. JOHNSON, LOUIS A. SIMPSON, KATHLEEN M. EISBRENNER, and MERRILL A. MILLER, JR.,<br><br>      Defendants,<br><br>   and<br><br>CHESAPEAKE ENERGY CORPORATION,<br><br>      Nominal Defendant. | Case No. 5:12-cv-493-M |
| STEPHEN ROBACZYNSKI, Derivatively on Behalf of Nominal Defendant CHESAPEAKE ENERGY CORPORATION,<br><br>      Plaintiff,<br><br>   v.<br><br>AUBREY K. MCCLENDON, MERRILL A. MILLER, JR., DON NICKLES, CHARLES T. MAXWELL, FRANK KEATING, RICHARD K. DAVIDSON, | Case No. 5:12-cv-501-M |

[Caption continues on next page]

| | |
|---|---|
| V. BURNS HARGIS, KATHLEEN M. EISBRENNER, LOUIS A. SIMPSON, BREENE M. KERR, and FREDERICK B. WHITTEMORE, | ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation, | ) ) ) |
| Nominal Defendant. | ) ) ) |
| NORMAN SPIEGEL, Derivatively on Behalf of Nominal Defendant CHESAPEAKE ENERGY CORPORTION, | ) ) ) ) ) Case No. 5:12-cv-502-M |
| Plaintiff, | ) ) |
| v. | ) ) |
| AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON NICKLES, and LOU SIMPSON, | ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| CHESAPEAKE ENERGY CORPORATION, | ) ) |
| Nominal Defendant. | ) ) ) ) |
| HOWARD ROSENGARTEN, Derivatively on Behalf of CHESAPEAKE ENERGY CORPORATION, | ) ) ) ) Case No. 5:12-cv-505-M |
| Plaintiff, | ) ) |
| v. | ) |

[Caption continues on next page]

| | |
|---|---|
| AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON NICKLES, and LOU SIMPSON, )))))))<br><br>Defendants, )<br><br>and )<br><br>CHESAPEAKE ENERGY CORPORATION, )<br><br>Nominal Defendant. ) | |
| ARTHUR ALBERTS, Individually and derivatively on Behalf of CHESAPEAKE ENERGY CORPORATION, )))<br><br>Plaintiff, )<br><br>v. )<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON L. NICKLES, and LOU SIMPSON, )))))))<br><br>Defendants, )<br><br>and )<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation, ))<br><br>Nominal Defendant. ) | Case No. 5:12-cv-545-M |

[Caption continues on next page]

|  |  |
|---|---|
| JOEL GERBER, Derivatively on Behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. "PETE" MILLER, JR., DON L. NICKLES, LOU SIMPSON, BREENE M. KERR and FREDERICK B. WHITTEMORE,<br><br>Defendants,<br><br>and<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation,<br><br>Nominal Defendant. | Case No. 5:12-cv-584-D |

### PLAINTIFF STEPHEN ROBACYZNSKI'S JOINDER IN SUPPORT OF PLAINTIFFS ARNOLD AND CLEM'S CONSOLIDATED RESPONSE IN OPPOSITION TO MOTIONS AND CROSS-MOTIONS TO CONSOLIDATE AND APPOINT LEAD COUNSEL

Plaintiff Stephen Robacyznski submits this Joinder in Support of Plaintiffs Arnold and Clem's Consolidated Response in Opposition to Motions and Cross-Motions to Consolidate and Appoint Lead Counsel.

On May 3, 2012, plaintiffs M. Lee Arnold and James Clem filed a Motion to Lift Stay and requested leave to file a Consolidated Amended Complaint. On May 22, 2012, plaintiffs Arnold and Clem filed a consolidated response in opposition to the various motions and cross-motions for consolidation and appointment of lead counsel filed in the above-captioned actions

- 7 -

(the "Response").[1]  In their Response, plaintiffs Arnold and Clem requested that this Court deny the pending motions for consolidation and appointment of lead counsel and instead consolidate all of the above-captioned actions pursuant to this Court's previous order issued on December 23, 2011 [Case No. 5:11-cv-985-M, Dkt. No. 39] ("Consolidation Order").

Plaintiff Robacyznski hereby joins in and fully supports the relief sought in plaintiffs Arnold's and Clem's Response.  Plaintiff Robacyznski agrees with that consolidation of the recently filed shareholder derivative actions on behalf of Chesapeake Energy Corporation ("Chesapeake" or the "Company") with plaintiffs Arnold's and Clem's consolidated action pursuant to the Consolidation Order, including the reaffirmation of this Court's previous appointment of Robbins Umeda LLP and Holzer, Holzer & Fistel LLP (collectively, "Co-Lead Counsel") as co-lead counsel for the consolidated action, is appropriate and in the best interests of the Company and its shareholders.

DATED: June 29, 2012

                              By: s/William McMahon
                              WILLIAM McMAHON
                              1720 E 14 Pl.
                              Tulsa, Oklahoma 74104
                              Phone: (918) 742-3600

                              BRIAN MURRAY

---

[1] On May 1, 2012, plaintiff Dolezal Family Limited Trust Partnership ("Dolezal") filed a Motion to Consolidate Cases and to Appoint Lead Counsel Structure [Case No. 5:12-cv-447-M, Dkt. No. 7].  On May 3, 2012, plaintiff Deborah G. Mallow IRA SEP Investment Plan ("Mallow"), filed a Cross-Motion to Consolidate All Related Cases and to Appoint Lead Counsel and In Opposition to Competing Motion to Appoint Lead Counsel [Case No. 5:12-cv-436-M, Dkt. No. 15].  On May 9, 2012, plaintiff Jacob Shochat ("Shochat") filed a Cross-Motion for Consolidation of Related Cases and Appointment of Lead Plaintiff and Lead Counsel [Case No. 5:12-cv-488-M, Dkt. No. 7], which also opposed the Dolezal and Mallow motions.  On May 16, 2012, plaintiff Mallow, on behalf of itself and plaintiffs Snyder, Dolezal, Leonard, David A. Kroll, Inc. Employees' Profit-Sharing Plan and Trust, and Spiegel, filed a response in support of its initial cross-motion and in opposition to plaintiff Shochat's cross-motion.

        MURRAY FRANK LLP
275 Madison Avenue
Suite 801
New York, New York 10016
Tel: (212) 682-1818
Fax: (212) 682-1892

**Counsel for Plaintiff
Stephen Robacyznski**